U.S.R.C. of TX Fed. Court
As Being Third Party owner....
of 2004 Dodge Ram 1500....
Pick up Truck;
VIN. NO. ____
DKT. NO. ____

12/2/24

Clinton C. Barlow

292 Spring. St. apt. 3

Trenton, NJ 08618

FILED
DEC 12 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY T.T.
DEPUTY CLERK

Attn: Honorable Clerk of the Courts of United States for the District of San Antonio, Tx 78207

SA24CA1458 JKP

Re: Clinton c. Barlow III vs. US office of currency c/o Federal Banks, Wells Fargo, CEO, enterprises complaint management office c/o CEO Charles W. Schwartz, c/o G. Kennedy-Thompson, Black Rock, The Vanguard group, Abigail Johnson c/o WFB PO Box 5133 Sioux Falls, SD 57117, Wachovia Bank CEO, NJ DMV CEO c/o Title Lean Release etal respondents-

Dear Honorable Chief Judge, & court clerk,

Sir/madam

Pursuit to federal procedures and the 14th amendments of the US constitution, please be advised that I, Clinton C. Barlow III is seeking an emergency order to grant jurisdiction of the Federal Court to seek permission to sue all parties namely the Wells Fargo Bank Auto Lein Release department so that they can urgently and rightfully release the title lein to me, Clinton C. Barlow as being the third party who bought the 2004 dodge ram 1500 pick-up truck from the previous owner, Daniel Hill in behalf of his business "Sand & Stone Construction". On 7/2024, I had purchased a 2004 dodge ram 1500 pick-up truck, vin #____________________________________, that I bought from mr. Hill for the total amount of $800.00, in addition to me completing work on his property, cutting trees & painting of the house, including front & back porch, that I did several months ago, but the agreement was that I was to receive the title lein release within 30 days of August 2024. After numerous times of contacting the bank, the owner & DMV officials (legal department) about releasing the title, the parties have repeatedly

failed to comply and send me copies of the bank title release, so that I can put the truck in my name, legally. For several months, they've breached their oral & written agreement, by failing to send me a copy of the release title. From day one, I do have full coverage from my insurance company for the truck, even though I'm unable to drive it. That's why this is an urgent matter that I must bring to the attention of the federal court, because as me being the third party & rightful owner of the truck, my due process & civil rights are being violated. That's why I am bringing this matter before the state & federal courts:

I, Clinton c. Barlow,                    ; (Affidavit of Civil complaints)

Vs.

Wells Fargo Bank (title loan release)

I Clinton C. Barlow, being of full age, 62, d.o.b 3/27/63, father of two adult children, I live @ 292 Spring st. 3rd fl, Trenton, NJ 08618, that on this date of 12/2/24, I declare under oath, disposes and says, I am the pro se plaintiff, in the above matter and state the grounds for the reasons I am seeking this emergency complaint matter to be granted by the Federal Court, my fair right to sue the Wells Fargo Bank, CEO & it's employees for breach of contract so that I can rightfully receive the bank auto title lein release so that I may be able to put this 2004 dodge ram truck into my name, because I've been waiting since 7/3/24 to place it in my name. The main parties have been failing to keep up with their legal agreement & oral contract.

Ps- attached to this federal civil complaint, is my federal civil complaint form with amended complaint & summons, and several copies of my petitions that I've written to the Federal Government that overlooks the banks, and letters to Wachovia & Wells Fargo & NJ DMV, as well as to the past former owner. All parties will be served a copy of this federal civil summons & complaint. This matter is true. This isn't any form of harassment and/or retaliation, this is just a plea to get this truck registered in my name. thank you very much

Sincerely,

Clinton C. Barlow

292 Spring st. apt. 3

Trenton, nj 08618

Cc: General counsel for Wells Fargo

NJ Dept. DMV (division of title registration)

(A).

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the TEXAS

CLINTON C BARLOW,111
*Plaintiff*
v.
WELLS FARGO BANKLOANBUS.OPERATION
*Defendant, Third-party plaintiff*
v.
SAND AND STONE CONSTRUCTION DANNY HILL,
*Third-party defendant*

Civil Action No. EMERGENT COMPLAINT

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* ATTORNEY GENERAL COUNSEL FOR THE WELLS FARGO BANK,CEO, BANK BUSSINESS LOAN OPERATION CENTER, WISEMAN BLVD, BLDG-307, SAN ANTONA TEXAS,78251C/O WF CEO,CORP OFFICE

" Ellen R. PATTERSON, ESQ Attorney to W. F. B. INC.

A lawsuit has been filed against defendant WELLS FARGO BANK, , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff CLINTON C BARLOW,111 .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: 12/02/2024

*CLERK OF COURT, PHILIP J. DEVLIN*

*Signature of Clerk or Deputy Clerk*

Exhibit Fed. Complaint A

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* CEO CHARLES W SCHARF, WELLS FARGO BANK,INC, was received by me on *(date)* 12/02/2024 .

❒ I personally served the summons on the individual at *(place)* 4101 WISEMAN BLVD, BLDG-307,SAN ANTON TEXAS, 78251 [,BY US POSTAL MAIL] on *(date)* 12/02/2024 ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________, a person of suitable age and discretion who resides there, on *(date)* ______________, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* WAS MAILED TO WELLS FARGO BANK OFFICE, , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* 12/02/2024 ; or

❒ I returned the summons unexecuted because ______________ ; or

☑ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/02/2024

Clinton C. Barlow III
*Server's signature*

CLINTON C BARLOW,111
*Printed name and title*
292 SPRING STREET, FL. 3, TRENTON,NJ 08618

______________
*Server's address*

Additional information regarding attempted service, etc:

I AM FILING AN FED. BANKR. ADVY. COMPLAINT AGAINST CHAP. 13 DEBTOR DANNY HILL, LLC, WITH THE NJ. U.S BANKRUPTCY FED. COURT!

REV. 2nd BARLOW Complaint *

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

CLINTON C BARLOW,111
*Plaintiff*
v.
WELLS FARGO BANKLOANBUS.OPERATION
*Defendant, Third-party plaintiff*
v.
SAND AND STONE CONSTRUCTION DANNY HILL, E
*Third-party defendant*

Civil Action No. EMERGENT Complaint

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* ATTORNEY GENERAL COUNSEL FOR THE WELLS FARGO BANK,CEO, BANK BUSSINESS LOAN OPERATION CENTER, WISEMAN BLVD, BLDG-307, SAN ANTONA TEXAS,78251C/O WF CEO,CORP OFFICE

Ellen PATTERSON, ESQ. Attorney for W. F. B, INC.

A lawsuit has been filed against defendant WELLS FARGO BANK, , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff CLINTON C BARLOW,111 .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: 12/02/2024

*CLERK OF COURT, PHILIP J. DEVLIN*

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* CEO CHARLES W SCHARF, WELLS FARGO BANK,INC, was received by me on *(date)* 12/02/2024 .

☐ I personally served the summons on the individual at *(place)* 4101 WISEMAN BLVD, BLDG-307,SAN ANTON TEXAS, 78251 [,BY US POSTAL MAIL] on *(date)* 12/02/2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* WAS MAILED TO WELLS FARGO BANK OFFICE, , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* 12/02/2024 ; or

☐ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/02/2024

*Server's signature*

CLINTON C BARLOW,111

*Printed name and title*

292 SPRING STREET, FL. 3, TRENTON,NJ 08618

*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

CLINTON C BARLOW,111
*Plaintiff*
v.
WELLS FARGO BANKLOANBUS.OPERATION
*Defendant, Third-party plaintiff*
v.
SAND AND STONE CONSTRUCTION DANNY HILL, E
*Third-party defendant*

Civil Action No. EMERGENT COMPLAINT

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* ATTORNEY GENERAL COUNSEL FOR THE WELLS FARGO BANK,CEO, BANK BUSSINESS LOAN OPERATION CENTER, WISEMAN BLVD, BLDG-307, SAN ANTONA TEXAS,78251

x Ellen R. Patterson, ESQ Attorney for W. F. B. INC

A lawsuit has been filed against defendant WELLS FARGO BANK, , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff CLINTON C BARLOW,111 .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: 12/02/2024

*CLERK OF COURT, PHILIP J. DEVLIN*

*Signature of Clerk or Deputy Clerk*

Emergent Federal Complaint

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* CEO CHARLES W SCHARF, WELLS FARGO BANK,INC, was received by me on *(date)* 12/02/2024 .

☐ I personally served the summons on the individual at *(place)* 4101 WISEMAN BLVD, BLDG-307,SAN ANTON TEXAS, 78251 [,BY US POSTAL MAIL] on *(date)* 12/02/2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________, a person of suitable age and discretion who resides there, on *(date)* ________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* WAS MAILED TO WELLS FARGO BANK OFFICE, , who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* 12/02/2024 ; or

☐ I returned the summons unexecuted because ________ ; or

☑ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/02/2024

[signature]

*Server's signature*

CLINTON C BARLOW,111

*Printed name and title*

292 SPRING STREET, FL. 3, TRENTON,NJ 08618

*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

CLINTON C BARLOW,111
*Plaintiff*
v.
WELLS FARGO BANKLOANBUS.OPERATION
*Defendant, Third-party plaintiff*
v.
SAND AND STONE CONSTRUCTION DANNY HILL, E
*Third-party defendant*

Civil Action No. EMERGENT Complaint

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*
Ellen R. Patterson, Esq Attorney for W. F. R., Inc.

A lawsuit has been filed against defendant WELLS FARGO BANK, , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff CLINTON C BARLOW,111.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: ______________

*CLERK OF COURT, PHILIP J. DEVLIN*

______________________________
*Signature of Clerk or Deputy Clerk*

EMERGENT FED. COMPLAINT &

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* CEO CHARLES W SCHARF, WELLS FARGO BANK,INC, was received by me on *(date)* 12/02/2024 .

☐ I personally served the summons on the individual at *(place)* 4101 WISEMAN BLVD, BLDG-307,SAN ANTON TEXAS, 78251 [,BY US POSTAL MAIL] on *(date)* 12/02/2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________, a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* WAS MAILED TO WELLS FARGO BANK OFFICE, , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* 12/02/2024 ; or

☐ I returned the summons unexecuted because ______________ ; or

☑ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/02/2024

[signature]
*Server's signature*

CLINTON C BARLOW,111
*Printed name and title*
292 SPRING STREET, FL. 3, TRENTON,NJ 08618

*Server's address*

Additional information regarding attempted service, etc:



December 4TH ,2024

LEGAL NOTICE;


ATTN;THE HONORABLE MICHEAL B KAPLAN, CHIEF JUDGE OF THE
United States BANKRUPTCY FEDERAL COURT OF NEWJERSEY, 402 EAST
STATE STREET, TRENTON, NJ 08608

ATTN THE HONORABLE ALIA MOSES, CHIEF JUDGE OF THE U S D C OF
TEXAS, DISTRICT OF SAN ANTONIO FEDERAL COURT, 262 WEST NUEVA
STREET, SAN ANTONIO, TX, 78207,

ATTN HON ATTORNEY ELLEN R PATTERSON, ESQ , INC/O CEO CHARLES
W SCHARF, CEO OFFICER OF WELLS FARGO BANK ADMIN OFFICE, LEGAL
DEPT , 420 MONTOGERY STREET, FRANSICSCO, CA 94111, AND

ATTN HON MEGAN K CAUGHRAN, ESQ SR COUNSEL AT LAW, OF THE
WELLS FARGO LAW LEGAL BRANCH , 375 PARK AVE NEWYORK, NY
10152, WHOM  REPRESENTS THE WELLS FARGO BANK ADMIN OFFICE,


DEAR HONORABLE ATTY PATTERSON,ESQ, HONORABLE CHIEF JUDGES
KAPLAN, AND HONORABLE ALIA MOSES,

SIR/MADAM


NOTICE OF EMERGENTCY FEDERAL CIVIL COMPLAINT, AND
FEDERAL CIVIL LAW SUIT THAT'S BEING FILED AGAINST THE
WFB , B/K/A THE WELLS FARGO BANK MONEY INSTITUTION

WHOM BREACH OF CONTRACT FAILED TO SEND ME COP[Y OF TRUCK

TO WHOM IT MAY CONCERN;PLEASE KINDLY ACCEPT FILE PROCESS AND EXECUTE MY SEVERAL FEDERAL CIVIL ACTIONS, AND GRIEVANCES FILED AGAINST THE WELLS FARGO BANK OFFICE ADMIN CORP.

INRE; MR CLINTON C BARLOW,111 V. WELLS FARGO BANK, CEO, ADMIN OFFICE, MR DANNY HILL,LLC AND SAND AND STONE CONSTRUCTION,LLC, DEFENDANTS PO Box 5133 Sioux falls, SD, 57117, ETAL;S IN BEHALF OF W F CEO EXECUTIVE BANK OFFICE,

; PLEASE BEADVISED THAT I MR CLINTON BARLOW, THE PRO;SE PLAINTIFF IS HEREBY SUBMITTING AND FILING SEVERAL FEDERAL EMERGENCY CIVIL RIGHTS COMPLAINTS , AND INJUNCTIONS AGAINST THE WELLS FARGO BANK CORP ADMIN OFFICERS AND THEIR CORP LAW OFFICE ATTORNEYS FOR COMMITTING FEDERAL BREACH OF CONTRACT AND DISCRIMINATING , WRONGFULLY UNLAWFUL DELAYING TO SEND ME A CERT COPY OF BANKR CHPT 13 DISCHARGE THAT I AM STILL WAITING TO RECEIVE AND THIS NOTICE, DOES INVOLVES CHPT 13 DEBTOR DANNY HILL,LLC AND HIS business of sand and stone construction that was under a bankry payment discharge plan several years ago, that he fully paid and completed under federal bankruptcy laws, but hed losted his discharged papers that now im apart of because on the date of July 3rd ,2024 I did buy his 2004 dodge ram 1500 pick up old truck with 400,000 miles on truck, but the problem is that

the wells fargo bank and their client danny hill is fraudently and grossly, and tortuously and unethically failing to release and send me copy of bank auto title release that now belongs to me mr barlow, dating back to July 3rd ,2024 since I bought the old 2004 dodge ram 1500 truck from owner, vin no1D7HA18D84JI29137, FOR $800.00   SO NOW THAT THE NAMED PARTIES ARE COMMITTING BREACH OF CONTRACT AGAINST ME SINCE JULY 3RD ,2024 that's why I must sue all named parties defendant ; until they agree to issue and send me the truck auto bank release loan title that was discharged under a chpt 13, bankructcy protection under mr danny hill and his closed business,


By defendants failing to send me the rightful truck title, they are causing me a lot of stress especially with my ashma and  copd impairment disability that I had for over several years that I still suffer from, and this harassment matter is not helping me at all; that's why I am too filing several grievances against varous wells fargo employees, that's why im emergency pleading to both the honorable federal bankrupctcy chief judge and honorable u s d c chief judge of Texas to grant my motions to sue the wells fargo bank ceo admin office,  as well as mr danny hill, llc for failing to comply to send me copy of the truck title clear loan lien that was discharged by chpt 13 bankr court of law,

Ps encld are several legal documents pertaining to the truck title that must be released to me within 20 business days, by federal and nj state laws, because I waited long enough all ready, that's why I must sue the u s o cc , wells fargo bank ceo officers and their corp attorneys at this time of notice, and attached are my federal motion applications to waive my court filing fees as well because I cant afford to pay any fees.;

Thank you kindly,

Clinton C Barlow,111, Pro;se Plaintiff, Bankr Creditor

292 spring street, Trenton, nj 08618,


Cc/ Hon us PRESIDENT JOE R BIDEN,JR, W H STAFF

HON U S President Donald j Trump, W H STAFF

Hon us o cc chmn. Wash,Dc and HON u s atty general u s d o j

Hon clerk of nj, u s Bankr, court of law , Trenton, nj

Hon u s d c clerk of Texas Federal court,

Legal dept of wells fargo bank admin officers,

Wells fargo bank legal law firm office, of newyork,

Wells fargo bank registerer agent for service,

Wells fargo bank subpoena office, legal notice,

X E-MAIL: CONSUMER.COMPLAINTS@OCC.TREAS.GOV :

ATTN; THE HON U S PRESIDENT JOE. R BIDEN,JR U S PRESIDENT,

AND THE HON U S PRESIDENT-ELECTED KAMALA HARRIS, ESQ,

HON CHARLOTTE A BURROWS, CHMN OF THE U S, E E O C

131 M. STREET, N E , WASHINGTON , D C 20507

AND

HON MICHAEL J. HSU, CHMN OF THE U S , OFFICE OF THE COMPTROLLER OF THE CURRENCY, 400 7th street, Washington , D C 20219

AND "C***@Wellsfargo.com"

MS BEI LING, SR .EXECUTIVE VICE PRESIDENT OF THE WELLS FARGO B ANK, INC

INCHARGE OF HUMAN RESOURCES , CODE OF CONDUCT FOR EMPLOYEES, RESPONSIBILITY AND FINANCE, 420 MON TGOMERY STREET, SAN FRANCISCO, CA 94163,

DEAR SIR/MADAM

INRE; I CLINTON C BARLOW AM SUBMITTING AND FILING SEVERAL , U S E E O C GRIEVANCES AND 1964 CIVILRIGHTS AND B ANK BUS. COMPLAINTS INVOVLING AND AGAINST BOTH THE WELLS FARGO AND WACHOVIA BANKS C E O FOR THEIR FAILURE TO ACCEPT, FILE, PROCESS AND EXECUTE MY TRUCK AUTO LIEN OF RELEASE THAT SHOULD HAVE BEEN PROCESSED SEVERAL YEARS AGO WHEN MR DANNY HILL, LLC FIRST OWNED THE 2004 DODGE RAM 1500 PICK UP TRUCK BUT NOW IM THE OWNER OF HIS TRUCK BECAUSE ON JULY 3RD , 2024 I BOUGHT THE USED TRUCK FROM MR HILL FOR A TOTAL OF $ 800. OO BUT I NEED THE BANK AUTO RELEASE LETTER SO THAT I CAN PUT REGISTER TRUCK INTO MY NAME CLINTON C BARLOW OF ADDRESS OF 292 SPRING STREET, FL 3, TRENTON NJ

08618 THAT I EMEGENTCY NEED AT THIS TIME OF REQUEST FROM YOUR BANK ADMIN THAT'S WHY I AM FILING THESE GRIEVANCES WITH YOUR BANK C E O AND BOARD OF DIRECTORS AND MR G KENNEDY- THOMPSON LLC ALONG WITH SEVERAL OTHER MAJOR BANK STOCK HOLDERS THAT WHOM IM SENDING COPIES OF THIS BANK GRIEVANCE LETTERS TO SO THAT THIS MATTER CAN AND WILL BE SETTLED AND RESOLVED BY OCT, 3RD , 2024 SO I CAN CLOSE THIS BANK GRIEVANCE CASE, AND MOVE ON WITH MY LIFE AND BUSINESS.

PURSAUNT TO U S E E O C ,CIVILRIGHTS ACT OF 1964, BREACH OF CONTRACT THIS ALSO VIOLATES MY FEDERAL PUBLIC ACCOMMODATION TITLE 11, OF THE CIVIL RIGHTS ACT, 42 U S C , 2000A, BECAUSE YOUR BANK IS DEPRIVING FROM FAIRLY RECEIVING THE TRUCK LOAN TITLE LIEN RELEASE NOTICE, AT THIS TIME,

SO UNTIL THIS MATTER IS RESOLVED AND I RECEIVE THE AUTO TITLE RELEASE I AM FILING GRIEVANCES WITH THE WASH, DC U S E E O C OFFICE, BECAUSE THIS MATTER IS CAUSING ME LOTS OF MENTAL HARRASMENT AND STRESS UNDER THE A D A ACT OF 1990, BECAUSE I SUFFER FROM C O P D AND ASHMA DISORDER BECAUSE THIS MATTER IS MAKING AND FORCING ME TO WALK TEN TO 20 MILES A DAY THAT MAKES IT HARD FOR ME TO BREATH LOOSING MY AIR THAT CAUSING ME TO BE ADMITTED INTO THE HOSPITAL MORE THEN I OFTEN GO, THIS IS CAUSING ME EMOTIONAL MENTAL STRESS THAT TIGERS MY ASHMA AND C O P D THAT MAKES IT HARD FOR ME TO BREATH AIR IN MY LUNGS,

SO PLEASE LOOK INTO THIS BANK GRIEVANCE MATTER, THAT INVOVLES THE TITLE RELEASE THAT I NEED , BY OCT 3RD , 2024, UNDER 2004 DODGE RAM 1500, VIN NO 1D7HA18D84J129137 , SO THAT I CAN PLACE MY TRUCK INTO MY NAME CLINTON C BARLOW OF TRENTON NJ 08618.

P S ENCLD ARE SEVERAL MORE NJ D M V PETETIONS AS WELL AS LETTERS ADDRESSED TO BOTH BANKS C E O AND FEDERAL BANK REGULATORS ,

THANK YOU KINDLY,

CLINTON C BARLOW,

EM: barlowclinton80@gmail.com

FILED BY

CLINTON C BARLOW,

292 SPRING STREET, FL 3, TRENTON ,NJ 08618

CC/ ENCLD,

NJ STATE DM V C E O C/O NJ GOVERNOR PHIL MURPHY,

HON U S O C C CHMN C S DONOHUE,

WELFARGO BANK C E O PRES. CHARLES W SCHARF, CEO

WACHOVIA BANK C E O G KENNEDY-THOMPSON ,LLC

BLACK ROCK C E O LARRY FINK, CEO,

THE VANGUARD GROUP, C E O SALIM RAMJI, C E O

ABIGNIL JOHNSON CEO OF FIDELITY INVESTMENT, LLC,

U S SECURITY EXCHANGE COMM. CHMN GARY GENSLER

NY SE, CEO PRES, LYNN MARTIN, CEO

NJ, NC CLF BANKING COMMISSIONERS

Notice of Lawsuit Bank Complaint *

Official Form 416D (12/15)

Sec. 2 #

**Form 416D Caption for Use in Adversary Proceeding**

# United States Bankruptcy Court

"Trenton" District Of New Jersey "

| In re | Danny Hill, LLC And Sarl Stone Construction LLC, | Case No. |
|---|---|---|
| | Debtor | Chapter 13 # |
| | Clinton C. Barlow, III | |
| | Plaintiff | Adv. Proc. No. |
| | Danny Hill, W.F.B. Et Al | |
| | Defendant | |

COMPLAINT [or other designation]

"VIN. NO. 1D7HA18784J129137"

[If in a Notice of Appeal and Statement of Election (see Form 417A) or other notice filed and served by the debtor, the caption must be altered to include the debtor's address and Employer's Tax Identification Numbers(s) or last four digits of Social Security Number(s) as in Form 416A]

Pursuant to Bankr. Adversary Complaints to Be Filed By, Bankr. Creditor Clinton C. Barlow, III Against Both Danny Hill LLC And Sarl And Stone Construction LLC, That... involves Wells Fargo Bank Auto Lien Release whom are Discriminating Against me, Mr. Barlow By Failing to Send me Copy of W.F. Bank's Auto Lien Release After on date of July 3, 2024 I, did Bought and Buy A 2004 Dodge Ram Truck from owner Mr. Hill for $800.00 plus did work! 1500; "

Filed; By: Clinton C. Barlow, III

Sec. 3 EMERGENCY BANKR. COMPLAINT AGAINST Chpt. 13 Debtor

B 2500C (Form 2500C) (12/15)

# United States Bankruptcy Court

District Of New Jersey

In re Danny Hill, Debtor

Clinton C. Barlow, Plaintiff

Danny Hill; Sand Stone Contract

Defendant

VIN. NO. 1D7HA18D84J129137 #

Case No. ______

Chapter 13 #

Adv. Proc. No. ______

Emergent Complaint Against Chpt 13 Debtor

## SUMMONS AND NOTICE OF TRIAL IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: U.S. Bankruptcy Court 402 E. State Street, Trenton, NJ. 08608

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney: Acting Prose
Clinton C. Barlow III
242 Spring St. Fl 3, Trenton, NJ. 08618

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place:

Address: U.S. Bankr. Court 402 E. State St. Trenton NJ. 08618

Room:
Date and Time:

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

______________ (Clerk of the Bankruptcy Court)

Date: ______________ By: ______________ (Deputy Clerk)

I, Declare What I'm Stating is True!"
Filed By Clinton C. Barlow III

B 2500C (Form 2500C) (12/15)

## CERTIFICATE OF SERVICE

I, Clinton C. Barlow (name), certify that service of this summons and a copy of the complaint was made 12-5-24 (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Chpt. 13 Debtor Danny Hill LLC, 53 Sandhill Drive, Trenton NJ 08618 and Wells Fargo Bank Admin Office

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at: (No) Notice was mailed to all involved parties, Chpt. 13 debtor and W.F. Bank 100 Fidelity Plaza N. Brunswick Twp. NJ 08922

☐ Residence Service: By leaving the process with the following adult at: No it was mailed to all involved parties

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly] By U.S. Mail on date of 12/5/24

☐ State Law: The defendant was served pursuant to the laws of the State of NJ, as follows: [Describe briefly] I did mail notices to all involved parties

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. No it was mailed to all parties.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 12-6-24 Signature [signature]

Print Name: Clinton C. Barlow, III

Business Address: 292 Spruce St. Fl 3, Trenton N.J. 08612

B2500D (Form 2500D) (12/15)

# United States Bankruptcy Court
## ______________ District Of New Jersey

In re Danny Hill, LLC,
Debtor
Clinton C. Barlow III
Plaintiff
Sandra Stone Constant
Defendant, Third-party plaintiff
v.
Wells Fargo Bank CEO
Third-party defendant
ETALS

Case No. ______________

Chapter Chpt. 13th

Adv. Proc. No. ______________

Emergent Bankr. Complaint Against Chpt. 13 Debtor

## THIRD-PARTY SUMMONS

YOU ARE SUMMONED and required to file a motion or answer to the third-party complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the third-party complaint within 35 days.

Address of the clerk: 402 E. State Street, Bankr. Fed. Court House, Trenton, NJ. 08608

At the same time, you must also serve a copy of the motion or answer upon the defendant's attorney.

Name and Address of Defendant's ~~Attorney~~: Danny Hill, LLC, 53 Sanhican Drive Trenton, NJ. 08618

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney: Acting Pro Se . . . . . 242 Spruce Street, FL3, Trenton NJ. 08618

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. If you are also being served with a copy of the complaint of the plaintiff, you have the option of not answering the plaintiff's complaint **unless** this is an admiralty or maritime action subject to the provisions of Fed. R. Civ. P. 9(h) and 14(c), in which case you are required to file a motion or an answer to both the plaintiff's complaint and the third-party complaint, and to serve a copy of your motion or answer upon the appropriate parties.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE THIRD-PARTY COMPLAINT.**

__________________ (Clerk of the Bankruptcy Court)

Date: ____________ By: ____________________ (Deputy Clerk)

B2500D (Form 2500D) (12/15)

## CERTIFICATE OF SERVICE

I, Clinton C Barlow, (name), certify that service of this summons and a copy of the third-party complaint was made 12/6/24 (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Chpt. 13 Debtor-Danny Hill, LLC, 53 Sanhican Drive Trenton NJ. 08618

☐ Personal Service: By leaving the process with the third-party defendant or with an officer or agent of third-party defendant at: "No" Notices Was Mailed to Chpt 13 Debtor

☐ Residence Service: By leaving the process with the following adult at: "No" Notices Was Mailed to Chpt 13 Debtor By Creditor Clinton C. Barlow, III

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the third-party defendant at: (No) - N/A Only Mailed to Chpt. 13 Debtor

☐ Publication: The third-party defendant was served as follows: [Describe briefly] "I Am The 3rd. Party - Creditor."

☒ State Law: The third-party defendant was served pursuant to the laws of the State of NJ., as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 12/6/24 Signature [signature]

Print Name: Clinton C. Barlow. III

~~Business~~ Address: 242 Spring St. Fl 3, Trenton, NJ. 08618

WELLS FARGO

Sept. 10, 2024:

ATTN:

# Charles W. Scharf

**Chief Executive Officer and President**

**Wells Fargo & Company**

Charles W. Scharf has been Chief Executive Officer and President of Wells Fargo & Company, and a member of its Board of Directors, since October 2019.

A financial services veteran with more than 30 years of experience in leadership roles in the banking and payments industries, Charlie served as chief executive officer of Bank of New York Mellon from July 2017 to October 2019 and the chairman of its board from January 2018 to October 2018. He also was chief executive officer and a director of Visa Inc. from November 2012 to December 2016.

Previously, he was a managing director of One Equity Partners at JPMorgan Chase & Co. and chief executive officer of Retail Financial Services at JPMorgan Chase. He also was chief executive officer of the retail division of Bank One Corp., chief financial officer of Bank One Corp., chief financial officer of the Global Corporate and Investment Bank division of Citigroup, and chief financial officer of Salomon Smith Barney and its predecessor company.

Charlie earned a Bachelor of Arts degree from Johns Hopkins University and an MBA from New York University.

He is a director of Microsoft Corporation and is a member of The Business Council. He lives in New York City.

**More Resources**

Board of Directors

Code of Conduct

**Contact Us**

If you would like to get in touch with a board member, visit How to Contact the Board of Directors.

QSR-09112025-6471194.1.1

LRC-0324

To Whom it MAY CONCERN:

INRE: I, CLINTON C. BARLOW, AM NOW URGENTLY... SEEKING AND REQUESTING to you to have your Bank Repo, to Accept and Process my Requested To... Submit me an Auto Truck Title Release Letter for a 2004 Dodge RAM 1500, Pick up Truck, That I Bought and Paid $800.00 from Form. Truck owner named... Mr. DANNY Hill, LLC of SAND & STONE CONSTRUCTION, LLC, VIN NO. 1D7HA18D84J129137#

myGm: barlowclinton80@gmail.com.

"THANK YOU"

[signature]

CLINTON C. BARLOW,
292 Spring St., FL.3,

© 1999 - 2024 Wells Fargo. NMLSR ID 399801

MY COPY *

: EMERGENCY SEEKING TO BE GRANTED...
: AN AUTO LOAN RELEASED THAT WAS PAID,
: BY BUSINESS OWNER DANNY HILL LLC,
: SAND & STONE CONSTRUCTION, LLC,
: UNDER VIN NO: 1D7HA18D84J129137

SEPT 10, 2024

ATTN;MR CHARLES W SCHARF, C E O AND PRESIDENT OF THE WELLS FARGO FEDERAL BANK, INC , 420 MONGOMERY STREET, SAN FRANCISCO, CA, 94104 C/O WACHOVIA FEDERAL BANK, CEO,

DEAR MR SCHARF, CEO OF WELLS FARGO FED BANK, LLC.

SIR/ MADAM;

TO WHOM IT MAY CONCERN , AND MAJOR BANK STOCK HOLDERS,

I MR CLINTON C BARLOW AM URGENTLY REQUESTING COPY OF TRUCK LIEN RELEASE THAT WAS PAID BY MR DANNY HILL,LLC, OWNER OF SAND & STONE CONSTRUCTION LLC OF NJ , THAT HE BOUGHT AND PAID LOAN BACK TO YOUR BANK OF WACHOVIA FEDERAL BANK THAT WAS TAKEN OVER BY THE WELLS FARGO FEDERAL BANK INSTITUTION SEVERAL YEARS AGO, BUT SOME ONE HAS FAILED TO RELEASE AND SEND MR DANNY HILL HIS TRUCK AUTO RELEASE FOR HIS 2004 DODGE RAM 1500 PICK UP TRUCK THAT WAS PAID IN FULL SO NOW THAT ON JULY 3RD , 2024 I BOUGHT TRUCK FROM MR DANNY HILL, LLC THAT'S WHY I DO URGENTLY NEED COPY OF AUTO TRUCK RELEASE IN ORDER FOR ME TO RIGHTFULLY REGISTER MY DODGE RAM PICK UP TRUCK UNDER VIN NO 1D7HA18D84J129137 # THANK YOU KINDLY,

HED NEVER RECEIVED HIS AUTO LIEN RELEASE ,THAT I NEED IN ORDER AT THIS TIME SO I MAY AND WILL REGISTERERED THE DODGE RAM 1500 PICK UP TRUCK IN MY LEGAL NAME OF CLINTON C BARLOW, UNDER VIN NO 1D7HA18D84J129137# BECAUSE I PAID HIM A TOTAL OF $800.00 PLUS I DID WORK FOR HIM AS WELL'. THANK YOU KINDLY , AND PLEASE LOOK INTO THIS MATTER SO I WILL RECEIVE THE TRUCK TITLE BY OCT 3RD, 2024. THIS MATTER BEEN PENDING SINCE JULY 3RD , 2024 TO PRESENT TIME.

THANK YOU KINDLY,

CLINTON C BARLOW, NEW TRUCK OWNER C/O

SAND & STONE, LLC , ADDRESS OF 292 SPRING STREET,

FLOOR 3, TRENTON, NJ 08618

# GM: barlowclinton80@gmail.com.

CC/ ECLD ARE SEVERAL NJ D M V WRIT OF PETITIONS AND BANK GRIEVANCES CONCERNING SEVERAL URGENT REQUESTS TO RELEASE THE TRUCK AUTO TITLE THAT NOW BELONGS TO ME, MR BARLOW AS BEING THE NEW OWNER OF THE 2004 DODGE RAM 1500 PICK UP TRUCK THAT I PAID $800. 00 TO PAST OWNER.

CC/ COPIES OF BANK GRIEVANCES WAS MAILED TO THE FOLLOWING OFFICIALS;

HON LATRECIA TRISH-FLOYD,.CEO OF THE NJ STATE D M V SERVICES,DIV OF TITLES, AND AUTO LIEN RELEASE, AND REGISTRATIONS , LIC AND TAG PLATES,

MR BANK C E O, G. KENNEDY- THOMPSON, LLC , CEO OF WACHOVIA FED BANK, LLC , AND ITS SHARE HOLDERS, INC AND BD OF DIRECTORS,

HON. CRAIG S DON OHUE, CHMN OF THE U S, O C C FOR FEDERAL BANKS

HON FEDERAL RESERVE SYSTEM CHAIRMAN ,

HON PRESIDENT OF THE WORLD BANK , AND BANK LEADERS,

HON U S SENATE AND HOUSE OF REPS CONGRESS BANKING COMMITTEES,

HON U S SECURITY STOCK EXCHANGE AND NEWYORK STOCK EXCHANGE, INC

HON U S FEDERAL TRADE COMMISSION, CHAIR,

My Copy X

: Sm : Wells Fargo. Com.
: https://www.Wellsfargo.com 7/12
Need To Auto Lien Release...
My 2004 Dodge Ram Pickup Truck

SEPT. 16TH , 2024

ATTN; MS BETH MAC DONALD, MGR OF THE WELLSFARGO BANK C/O BANK C E O, ADMIN. 1121 SOUTH BROAD STREET, TRENTON , NJ 08611 AND C/O THE WELLS FARGO C E O AND PRESIDENT OF THE BANK,

INRE; I CLINTON C BARLOW AM EMERGENCY REQUESTING FOR A CERT COPY OF AN AUTO LIEN RELEASE TRUCKDODGE RAM 1500 PICK UP TRUCK VIN NO. 1D7HA18D84J129137# THAT I DID BUY FROM PAST OWNER MR DANNY HILL,LLC FOR A TOTAL OF $800,00ON JULY 3RD ,2024, ;

TO WHOM IT MAY CONCERN ;

SIR/MADAM; PLEASE TAKE SPECIAL URGENT NOTICE THAT ON THIS DATE OF SEPT 16 , 2024 I CLINTON C BARLOW AM NOW REQUESTING CERT COPY OF TRUCK AUTO RELEASE THAT WAS LOSTED AND MISPLACED BY LAST OWNER MR.DANNY HILL, LLC OF NJ HED HAD UNDER HIS PERSONAL LLC BUSINESS SEVERAL YEARS AGO, THAT'S WHY HE SOLD TRUCK TO ME MR BARLOW THAT I HAVE IN MY POSSESSION THAT I MUST REGISTER WITH NJ STATE DMV AGENCY THAT I MUST COMPLY BY THE DATE OF OCT 3RD , 2024 THANK YOU .

INSUPPORT OF MY BANK PETITIONS AND COMPLAINTS I AM RESPECTFULLY ASKING BOTH BANKS OF WELLSFARGO CEO AND WACHOVIA AND CEO' MR G KENNEDY-THOMPSDON TO GRANT AND PROCESS ME AN EMERGENT AUTO TRUCK LIEN RELEASE SO THAT I CAN REGISTER MY 2004 DODGE RAM 1500 USED PICKUP TRUCK BY OR BEFORE DATE OF OCT 3RD, 2024 BECAUSE FOR THE LAST SEVERAL MONTHS IVE BEEN GOING THROW A LOT OF RED TAPE AND HARRASSMENT PROBLEM JUST BECAUSE THE PAST OWNER LOSTED HIS AUTO RELEASE TITLE LIEN THAT NOW RIGHTFULLY BELONGS TO ME MR CLINTON C BARLOW OF TRENTON , NEWJERSEY, USA, PLEASE KINDLY HAVE YOUR BANK SUPERVISOR AND MANAGER CEO TO URGENTLY PROCESS MY EMERGENT LIEN RELEASE OF REQUEST THAT I NEED BEFORE DATE OF OCT, 3RD, 2024 THANK YOU,

To whom it may concern, Sand and stone construction gives Clinton Barlow permission and ownership of the dodge ram truck. He is entitled to register the vehicle. If any questions or concerns please feel free to contact me (732) 207-0060

Thank you

Sand and Stone Construction
Danny Hill

[signature] 9-25-24



**Enterprise Complaints Management Office**
PO Box 5133
Sioux Falls, SD 57117

September 25, 2024

Clinton C. Barlow
292 Spring St.
Trenton, NJ 08618-4652

Subject: We received your concerns
Wells Fargo case number: 06202409255016793

Dear Clinton Barlow:

Thank you for sending us your concerns received on September 25, 2024. We appreciate the opportunity to address your concerns.

**What to expect**

It's our goal to complete the necessary research and provide you with a response within ten business days from the date we received your request. We will contact you if we need more time to complete our research.

**We're here to help.**

We value the feedback provided and appreciate the time and effort taken to share your concerns. If you have questions, we're here to help. You may reach us at 877-250-2265. We're available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time.

Sincerely,

Megan D.
Escalations Representative
Enterprise Complaints Management Office
PO Box 5133, Sioux Falls, SD 57117

Filed on 9-10-2024

# Office of the Comptroller of the Currency

RE: I, CLINTON C. BARLOW AM FILING SEVERAL NEW FED. BANK COMPLAINTS... AGAINST:
1) WELLS FARGO BANK, AUTO LIEN RELEASE
2) WACHOVA BANK C.E.O. FOR THEM. FAILING TO COPY OF MY DODGE RAM 1500 AUTO LIEN RELEASE LETTER NOTICE. THAT WAS PAID BY FORM OWNER DANNY HILL, LLC, UNDER VIN. NO... 1D7HA18D84J129137#;"

February 3, 2016
Sept. 10, 2024

Clinton C Barlow III
292 Spring St. FL.3, Trenton, N.J. 08618

Re: ~~Case # 03068194~~

Dear Mr. Barlow:

The Office of the Comptroller of the Currency (OCC) is the federal agency that charters, regulates and supervises over 1,600 national banks and federal savings associations. We also supervise the federal branches and agencies of foreign banks.

The issue raised in your complaint is not covered under banking law, and is therefore outside our jurisdiction. If you wish to pursue this issue, we suggest you consult an attorney. We regret that we cannot help you.

Sincerely,

Customer Assistance Group

MY NAME AND ADDRESS:
CLINTON C. BARLOW, % TRUCK OWNER DANNY HILL, LLC, PAST TRUCK OWNER
292 SPRING ST., FL 3, TRENTON, N.J. 08618

BOTH BANK'S ARE FAILING TO SEND ME COPY OF AUTO LIEN RELEASE

The Customer Assistance Group's consumer complaint process is a service that is provided to customers of national banks and federal savings associations (thrifts). Information provided within this letter is specifically related to an individual consumer complaint and should not be construed as either a legal opinion of the OCC or a supervisory action. If you are not satisfied with the resolution of your complaint, you may wish to consult legal counsel so as to preserve your rights.

MY COPY *

: NEED URGENT RESPOND REPLY..
: FROM THE U.S.O.C.C. BD.
: RELEASE AUTO LIEN OF PICKUP TRUCK
: 2004 DODGE RAM 1500 TRUCK.
: VIN. NO. 1D7HA18D84J129137 #

DATE; SEPT. 6, 2024

CONSUMER.COMPLAINT@OCC.TREAS.GOV #

ATTN;THE HON . U S PRES JOE. R. BIDEN ,JR AND HON US VICE PRES KAMALA HARRIS ,WHO'S THE U S PRESIDENT – ELECTED , AT THE WHITE HOUSE, AND THE HONORABLE U S, O CC BD DIRECTOR WHO'S ACTING U S CURRENCY OF THE U S OF AMERICA CURRENCY, HEAD QUARTERS OFFICE, 400 7TH STREET, S. W. WASHINGTON D C 20219,

THE WACHOVIA AND WELLSFARGO BANKS ARE FAILING TO RELEASE MY AUTO TRUCK TITLE SO I CAN REGISTER PICK UP TRUCK INTO MY NAME CLINTON BARLOW, OF 292 SPRING STREET , FL. 3, TRENTON, NJ 08618 SINCE JULY 3RD, 24;

DEAR HON CRAIG S DONOHUE, US OCC CHAIRMAN;

SIR/MADAM;

GOODMORNING TO YOU AND YOUR STAFFS, I MR BARLOW AM HAVING A MINOR PROBLEM WITH THESE TWO FEDERAL BANKS OF WACHOVIA AND WELLS FARGO BANKS,

INRE; THE WACHOVIA BANK C E O MR G. KENNY THOMPSON AND ITS SHARE HOLDERS, REPEATEDLY FAILED TO RELEASE THE BANK AUTO LIEN PICK UP TRUCK 2004 DODGE RAM THAT I CLINTON C BARLOW DID ON JULY 3RD 2024 BUY AND BOUGHT FROM PAST OWNER MR DANNY HILL FOR A TOTAL OF $800.00 IN CASH BUT EVERY TIME I WENT TO THE NJ STATE D M V AGENCY TO REGISTER MY PICK UP TRUCK THEY TOLD ME THAT I NEEDED THE BANK AUTO RELEASE LETTER NOTE BUT NEITHER MR DANNY HILL NOR MR G KENNY THOMPSON BOTH FAILED TO SEND GIVE AND RELEASE THE AUTO NOTE AND /OR BILL OF SALE TO ME, THAT'S CAUSING THE NJ D M V AGENCY TO REFUSE TO PROCESS MY TRUCK TITLE AND REGISTERER THAT I NEED TO PLACE THE TRUCK INTO MY NAME CLINTON C BARLOW OF 292 SPRING STREET, FL.3, TRENTON NJ 08618 THAT'S WHY I AM FILING SEVERAL DMV BANKING GRIEVANCES AND COMPLAINTS WITH THE U S O C C , FEDERAL RESERVE BOARD , FEDERAL TRADE, U S SECURITY EXCHANGE COMMISSION , CALF AND NJ STATE BANKING COMMISSIONERS, , AND THE

NEWYORK STOCK EXCHANGE C E O AND TO BOTH WELLS FARGO AND WACHOVIA BANK SHARE HOLDERS AND WITH THE WALL STREET ,NY BANKERS AS WELL WITH THE HONORABLE NJ STATE GOVERNOR PHIL MURPHY, WHO IS ALSO A BANKING INVESTOR WITH GOLDMAN AND SACHS INVESTMENT FIRM OUT OF NEWYORK, JUST LIKE FORMER NJ GOVERNOR MR JON S. CORZINE , IM VERY SURE THAT THESE BANKERS IM NAMING ARE WORTH MILLIONS OF DOLLIONS SO MY SMALL $800.00 DOLLARS AINT NO DROP IN A BUCKET TO THEM THAT'S LIKE A PENNY TO THEM BUT TO ME THAT'S MONEY BECAUSE IM ONLY RECIEVES A SMALL MONTHLY INCOME OF $1,500.00 EVERY MONTH SO I CANT AFFORD TO HAVE PEOPLE ESPECIALLY WELL RICH BANKERS AND INVESTTORS TO DEFRAUD AND STEAL MY AUTO TRUCK TITLE FROM ME BECAUSE I HAD TRUCK IN MY POSSESSION CAUSE I FAIRLY AND LEGALLY PAID FOR THE OLD PICK UP DODGE RAM TRUCK THAT'S WHY IM COMPLAINING ABOUT BOTH BANKS OF WELLS FARGO AND WACHOVIA BANK AND THEIR SHARE HOLDERS TO URGENTLY AND EMERGENCY RELEASE THE TRUCK AUTO TITLE AND SEND TO RIGHTFULLY TO ME BECAUSE MR DANNY HILL STATED SEVERAL TIMES TO ME THAT THE TRUCK IS FULLEY PAID FOR SO I DON'T UNDERSTAND WHATS THE PROBLEM NOT GIVING ME THE TITLE AND IM PREPARE TO PAY ANY AUTO SALES TAXES FOR THE VERY OLD TRUCK THAT'S NEARLY 20 YEARS OLD AND I BET NEITHER OF YOU PEOPLE ARE DRIVING A 20 YEARS OLD PICK UP TRUCK LIKE ME, THEREFORE UNTIL I RIGHTFULLY RECEIVE MY TRUCK RELEASE TITLE FROM THE BANKS OF WELLS... FARGO OR MR G. KENNY THOMPSON INBEHALF OF THE WACHOVIA BANK OR THE SHARE HOLDERS I WILL BE PETITIONING AND WRITING TO EACH AND EVERY ONE OF YOU RICH BANKERS I PROMISE UNDER GOD IN JESUS NAME AND I KNOW THAT YOU BANKERS HAVE SO MUCH MONEY YALL MAKE MR DONALD TRUMP LOOK LIKE A WELFARE RECIPIENT IM NOT SLOW OR DUMB FROM A LONG SHOT, JUST ASK THE NJ D M V OFFICE ABOUT ME,IF I NEED TO I WILL WRITE 20 LETTERS A WEEK UNTIL I RIGHTFULLY RECIEVE MY TRUCK TITLE AND I PROMISE THE NEXT INCOMMING U S PRESIDENT WILL HAVE THIS FEDERAL COMPLAINT GRIEVANCES ON THEIR WHITEHOUSE OFFICE DESK, AS OF NOW THIS MATTER IS MAKING ME STRESS OUT SO I AM PREPARING TO FILE CIVIL TORT COMPLAINTS WITH BOTH THE United States DISTRICT FEDERAL COURTS, AND NJ STATE COURT OF CIVIL LAWS BECAUSE ALL I NEED IS THE TRUCK AUTO TITLE AND IM DONE DEALING WITH YOU BANKING OFFICIALS AND NJ AND CALF STATE D M V EMPLOYEES AND CEO SO MR DONOHUE PLEASE KINDLY REFERR BANKING GRIEVANCES TO YOUR

STAFF AS WELL AS TO THE U S DEPT OF JUSTICE , ON BANKING DISCRIMINATION AND FRAUD BY DECEPTION THANK YOU KINDLY, AND TO SPEED MATTER UP I WILL SEND NOTICE TO Each and every banks share holders such as 1st vanguard group, 2nd state street Corp, 3rd j p Morgan chase &company, 4th dodge &

Cox,inc 5th wellington management Group,llp, 6th geode capital management Group.llp ,7th capital international investors , 8th price, T Rowe, Associtesing, 9th the federal reserve bd members, 10th the world bank and the I m f bankers of the world . '

Again thank you kindly for addressing this banking truck title matter that I need to receive as urgently matter and p s Encld are several NJ m v c petitions and forms and until this matter is Fulley resolved by the bank or / and MR Danny hill I will like to receive A NJ temp tags plate so I can legally drive my dodge ram pick up truck I think that will be very fair to me since IM going through all this red tape of harassment and discrimination by not receiving my truck auto title that I should of received from day one on July 3rd , 2024 BUT thank you kindly bankers, and vin number to the Dodge Ram 1500 Pick up Truck is 1D7HA18D84J129137 # THANK YOU AGAIN."

DATED SEPT 6TH , 2024 ;

THANK YOU KINDLY

CLINTON C BARLOW

292 SPRING STREET, FL 3,

TRENTON , NJ 08618

CC/

THE HON NJ GOVERNOR PHIL MURPHY, MEMBER OF GOLDMAN SACHS,LLC

HON L. TRISH-FLOYD, NJ M V C CHAIR, CEO

MR G. KENNY THOMPSON, WACHOVIA BANK C E O ,

MR CHARLES W SCHARF, WELLS FARGO BANK PRES, C E O

MR DANNY HILL LLC, AND SALER OF VDODGE RAM TRUCK ,7-3-24

HON JUSTIN ZIMMERMAN. NJ STATE BANKING COMMISSIONER,

HON C. V. HEWLETT, CALF, STATE BANKING COMMISSIONER,

HON M. T. UYEDA, U S S E C COMMISSIONER. WASH, D C

HON U S E E O C CHWN ,

HON U S DEPT OF JUSTICE, AND THE F B I DIRECTOR

"Proof of Service To"
All involved Parties . . . .

"I" Clinton C. Barlow Do Hereby Declare under Penalty of Law That I did on Sept: 6, 2024, Served By mail, All involved Parties, Bank's C.E.O., Their General Counsel's, As Well As their Bank owners of Stock holders. . To Complain About Not Recieving my T.M.V.C. title, Bill of Sale For The 2004 Dodge Ram 1500 Pick up Truck That. . I Bought on July 3, 2024!"

U.S.D.C. OF TEXAS
DKT. NO.
EMERGENT COMPLAINT

# Office of the Comptroller of the Currency

"I" MR. C.C. BARLOW AM FILING AN ADMIN. APPEAL, TO FORCE THE U.S. O.C.C. TO ORDER W.F. BANK C.E.O TO ISSUE ME, BANK TITLE RELEASE BECAUSE I PAID FOR THE TRUCK!

October 13, 2024

Clinton C. Barlow
292 Spring Street, Floor 3
TRENTON, NJ 08618

Re: Case # CS0348212
Wells Fargo Bank, National Association

Dear Clinton C. Barlow:

The Customer Assistance Group (CAG) of the Office of the Comptroller of the Currency (OCC) is responding to your letter regarding the above-referenced financial institution. The focus of the OCC's review of consumer complaints against national banks and federal savings associations is to determine whether the financial institution's actions are consistent with applicable banking statutes, regulations, or policies.

The CAG facilitates communications in an effort to assist consumers in addressing complaints about account(s) at national banks and federal savings associations and their operating subsidiaries. You have requested information about an account or relationship where you are not an accountholder or signer. As a general policy, CAG will not request information or process a complaint when the complainant is not an account holder or signer.

The CAG has reviewed the documents submitted. The bill of sale is not signed by the seller and you did not provide any evidence of a lien being held by either Wachovia Bank, or its successor, Wells Fargo Bank. We can only suggest you have the seller contact the lienholder and request a release of lien.

If we can assist you in the future, please do not hesitate to contact our office at the telephone number listed below.

Sincerely,

*Customer Assistance Group*

Customer Assistance Group, P. O. Box 53570, Houston, TX 77052, Phone: (800) 613-6743, FAX: (713) 336-4301, www.HelpWithMyBank.gov
The Customer Assistance Group's consumer complaint process is a service that is provided to customers of national banks and federal savings associations. Information provided within this letter is specifically related to an individual consumer complaint and should not be construed as either a legal opinion of the OCC or a supervisory action. If you are not satisfied with the resolution of your complaint, you may wish to obtain legal assistance to preserve your rights.

[800] 613-6743 * * 76

U.S.D.C. OF TEXAS AND N.J. BANKR. COMPLAINT *

We appreciate the time and effort you took to contact us. If you have questions, you may reach us at 1-877-250-2265, Monday through Friday from 8:00 a.m. to 5:00 p.m. Central Time. We accept telecommunications relay service calls.

Sincerely,

Erich H.
Escalations Representative
Enterprise Complaints Management Office
PO Box 5133, Sioux Falls, SD 57117
Fax: 1-877-243-3589

: U.S.D.C. OF TEXAS, And
: N.J. Bankr. Complaint *

WELLS FARGO

Enterprise Complaints Management Office
PO Box 5133
Sioux Falls, SD 57117

October 29, 2024

Danny Hill
53 Sanhican Drive
Trenton, NJ 08618

**Please Note:** This notice is being provided for informational purposes only. As a result of at least one bankruptcy case filing that included the account referenced below, Wells Fargo is not attempting in any way to violate any provision of the United States Bankruptcy Code or to collect a debt (deficiency or otherwise) from any customer who is impacted by an active bankruptcy case or who has received a discharge, where the account was not otherwise reaffirmed or excepted from discharge. **This is not a bill or a request for payment as to these customers.**

Subject: We're responding to your concerns
Wells Fargo case number: 06202410185172688
Account number ending in: 5437
Business name: Sand and Stone Construction, LLC

Dear Danny Hill:

Thank you for contacting us. We completed our research and are providing details to address your concerns.

**Title release request**

Per your request, we have initiated the step(s) to send a new title release document to you, confirming the account closure, as well as confirming Wells Fargo no longer has a vested interest associated with the former account. The title release document will be sent under separate cover. Please allow up to 15 business days to receive the document in the mail.

**Account authorization**

This is to confirm you did not authorize Mr. Clinton Barlow to receive account information associated with the former loan. Unless we receive written, signed instructions from you to indicate otherwise, only the account holders will be able to receive account information.

**Case status**

We have closed the case as of the date of this letter. If we receive additional information, we will open a new case to address any remaining or new concerns.

**How to contact us**

We may collect personal data as part of the complaint resolution process. For the categories of personal data that Wells Fargo may collect and how we use it, see the Wells Fargo California Consumer Privacy Act Notice at Collection at https://www.wellsfargo.com/privacy-security/notice-of-data-collection/. See additional Wells Fargo privacy notices at https://www.wellsfargo.com/privacy-security/

3Rd. Party Communication with W.F. Bank

WELLS FARGO

Enterprise Complaints Management Office
PO Box 5133
Sioux Falls, SD 57117

: U.S.D.C. of Texas
: Fed. Emergent Complaint,
: To Release Bank Auto Lien
: That I Need Copy of. . .
: TKT. NO.
And Bankr. Complaint *

October 18, 2024

Clinton Barlow
292 Spring St Fl 3
Trenton, NJ 08618-4652

Subject: We're responding to your concerns
Wells Fargo case number: 06202410045085399

Dear Clinton Barlow:

We're responding to your recent complaint dated October 4, 2024.We have determined we previously addressed your concerns and did not find you enclosed any new information that would change our response. We have reviewed your account activity since our prior response and our decision remains the same. Enclosed is our previous response dated October 4, 2024.

**What you need to do**

If you did not receive our October 4, 2024, response or if you have new information related to your inquiry, please contact us using the "How to contact us" section at the bottom of this letter. We will provide further assistance to you at that time.

**Case status**

We have closed the case as of the date of this letter. If we receive additional information, we will open a new case to address any remaining or new concerns.

**How to contact us**

We appreciate the time and effort you took to contact us. If you have questions, you may reach us at 1-877-250-2265, Monday through Friday from 8:00 a.m. to 5:00 p.m. Central Time. We accept telecommunications relay service calls.

Sincerely,

Erich H.
Escalations Representative
Enterprise Complaints Management Office

We may collect personal data as part of the complaint resolution process. For the categories of personal data that Wells Fargo may collect and how we use it, see the Wells Fargo California Consumer Privacy Act Notice at Collection at https://www.wellsfargo.com/privacy-security/notice-of-data-collection/. See additional Wells Fargo privacy notices at https://www.wellsfargo.com/privacy-security/.



**Enterprise Complaints Management Office**
PO Box 5133
Sioux Falls, SD 57117

October 4, 2024

Clinton C. Barlow
292 Spring St. FL. 3
Trenton, NJ 08618-4652

Subject: We're responding to your concerns
Wells Fargo case number: 06202409255016793

Dear Clinton Barlow:

Thank you for contacting us. We do not have authorization to provide you with the documentation you have requested.

**We're here to help**

We received your shared concern regarding a lien release; however, without authorization from the customer, we are unable to process your request. While we do understand the gravity of the situation, we do need to obtain authorization from the customer to provide any information regarding their account. We have been unable to reach the customer, for authorization, and therefore are unable to further assist.

**Case status**

We have closed the case as of the date of this letter. If we receive additional information, we will open a new case to address any remaining or new concerns.

We may collect personal data as part of the complaint resolution process. For the categories of personal data that Wells Fargo may collect and how we use it, see the Wells Fargo California Consumer Privacy Act Notice at Collection at https://www.wellsfargo.com/privacy-security/notice-of-data-collection/. See additional Wells Fargo privacy notices at https://www.wellsfargo.com/privacy-security/.

3rd. PARTY Communication with W.F. BANK

WELLS FARGO

Wells Fargo Bank N. A.
Executive Office
PO Box 5133
Sioux Falls, SD 57117

21. S.D.C. of TEXAS
Fed. EMERGENT Complaint
To Release Bank Auto Lien
That I Need Copy of:
DKT. NO.
And BANKR. Complaint *

Q9BM3CDTUR 000006 SP 01

CLINTON C BARLOW
292 SPRING ST
TRENTON, NJ 08618-4652

October 04, 2024

Subject: Acknowledgement letter
Wells Fargo case number: 06202410045085399
Account number ending in: N/A

Dear CLINTON C BARLOW:

Thank you for contacting us. We received your complaint and are committed to promptly addressing your concerns.

**What to expect**

It is our goal to review your concerns and provide you with a response within ten business days from the date we received your request. We will contact you if we need more time to complete our research.

**We are here to help**

We value the feedback provided and appreciate the time and effort taken to share your concerns. If you have questions, we are here to help. You may reach us at 1-877-250-2265. We're available to assist you Monday through Friday, 8:00 AM to 5:00 PM Central Time.

Sincerely,

Enterprise Complaints Management Office

For customers with hearing or speech disabilities, we accept telecommunications relay service calls.
In order to remain compliant with state and federal guidelines, if legal counsel is engaged for any litigation, including bankruptcy, we will communicate with the appropriate parties going forward.

@ 2024 Wells Fargo Bank, N.A. All rights reserved.

CSECMP_1b3476a8-9407-4901-9a3c



3rd: PARTY COMMUNICATION WITH W.F. BANK

WELLS FARGO

Enterprise Complaints Management Office
PO Box 5133
Sioux Falls, SD 57117

21. U.S.D.C. OF TEXAS
Fed. emergent Complaint
To Release Bank Auto Lien
That I Need Copy of.
DKT. NO.
And Bankr. Complaint *

October 4, 2024

Clinton C. Barlow
292 Spring St. FL. 3
Trenton, NJ 08618-4652

Subject: We're responding to your concerns
Wells Fargo case number: 06202409255016793

Dear Clinton Barlow:

Thank you for contacting us. We do not have authorization to provide you with the documentation you have requested.

**We're here to help**

We received your shared concern regarding a lien release; however, without authorization from the customer, we are unable to process your request. While we do understand the gravity of the situation, we do need to obtain authorization from the customer to provide any information regarding their account. We have been unable to reach the customer, for authorization, and therefore are unable to further assist.

**Case status**

We have closed the case as of the date of this letter. If we receive additional information, we will open a new case to address any remaining or new concerns.

ATTN: W.F. BANK LEGAL dept: "PLEASE TAKE NOTICE THAT I, CLINTON C. BARLOW, III AM SUEING BOTH THE W.F. BANK AND THE WACHOVIA BANK C.E.O. LEGAL dept TO NOW EMERGENTLY RELEASE MY BANK AUTO TITLE LIEN BECAUSE I DID BUY THE 2009 RAM DODGE TRUCK!"

We may collect personal data as part of the complaint resolution process. For the categories of personal data that Wells Fargo may collect and how we use it, see the Wells Fargo California Consumer Privacy Act Notice at Collection at https://www.wellsfargo.com/privacy-security/notice-of-data-collection/. See additional Wells Fargo privacy notices at https://www.wellsfargo.com/privacy-security/.

ECMO-BT129_Res_M_E_122023

**How to contact us**

We appreciate the time and effort you took to contact us. If you have questions, you may reach us at 1-877-250-2265, Monday through Friday from 8:00 a.m. to 5:00 p.m. Central Time. We accept telecommunications relay service calls.

Sincerely,

Megan D.
Escalations Representative
Enterprise Complaints Management Office
PO Box 5133, Sioux Falls, SD 57117

3rd. Party Communication with W.F. Bank.

WELLS FARGO

Enterprise Complaints Management Office
PO Box 5133
Sioux Falls, SD 57117

: U. S. D. C. of Texas . . .
: Fed. Emergent Complaint
: To Release Bank Auto Lien
: That I Need Copy of :
: DKT. NO.
: [illegible] Bankr. Complaint *

September 25, 2024

Clinton C. Barlow
292 Spring St.
Trenton, NJ 08618-4652

Subject: We received your concerns
Wells Fargo case number: 06202409255016793

Dear Clinton Barlow:

Thank you for sending us your concerns received on September 25, 2024. We appreciate the opportunity to address your concerns.

**What to expect**

It's our goal to complete the necessary research and provide you with a response within ten business days from the date we received your request. We will contact you if we need more time to complete our research.

**We're here to help.**

We value the feedback provided and appreciate the time and effort taken to share your concerns. If you have questions, we're here to help. You may reach us at 877-250-2265. We're available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time.

Sincerely,

Megan D.
Escalations Representative
Enterprise Complaints Management Office
PO Box 5133, Sioux Falls, SD 57117

"Notice of Civil Action,"
"I, Mr. C. C. Barlow III am Sueing The Wells Fargo Bank C.E.O. Auto Lien Release. -- To Send me Copy of Truck Title Auto Lien." Because I did Paid for The 2004 Dodge Ram Truck!

EMERGENCY SEEKING TO BE GRANTED... AN AUTO LOAN RELEASED THAT WAS PAID. SAND & STONE CONSTRUCTION, LLC BUSINESS OWNER, MR. DANNY HILL, LLC, UNDER VIN. NO. 1D7HA18D84J129137#

SEPT 10, 2024

ATTN; MR G. KENNEDY -THOMPSON, LLC , AND CEO OF THE WACHOVIA FEDERAL BANK, INC, 1415 VANTAGE PARK DRIVE, SUITE 700, CHARLOTTE, N C 28203

DEAR BANK C E O MR KENNEDY-THOMPSON, LLC

SIR/ PLEASE BEADVISED THAT ON THIS DATE OF SEPT 6, 2024 I MR BARLOW AM ASKING YOU AND YOUR BANK STAFFS TO URGENTLY LOOK INTO THIS MATTER TO FIND OUT WHY HASN'T MR DANNY HILL OF SAND & STONE CONSTRUCTION , LLC BUSINESS OWNER HAS NOT YET RECEIVE HIS TRUCK AUTO TITLE RELEASE LETTER AT THIS TIME, KNOWING THAT THE 2004 DODGE TRUCK HAS BEEN PAID OFF SEVERAL YEARS AGO AND WAY AFTER THE WACHOVIA BANK HAS BEEN CLOSED DOWN FOR BUSINESS BECAUSE I RECENTLY BOUGHT THE OLD FORD PICK UP TRUCK ON JULY 3RD , 2024 FROM THE OWNER BUT AFTER TRUCK WAS PAID IN FULL ,HED NEVER RECEIVED HIS AUTO LIEN RELEASE THAT I NEED IN ORDER AT THIS TIME SO I MAY AND WILL REGISTERERED THE DODGE RAM 1500 PICK UP TRUCK IN MY LEGAL NAME OF CLINTON C BARLOW, UNDER VIN NO 1D7HA18D84J129137# I PAID HIM TOTAL OF $800.00 PLUS DID WORK FOR HIM AS WELL'. THANK YOU PLEASE LOOK INTO THIS MATTER SO I WILL RECEIVE TRUCK TITLE BY OCT 3RD, 2024. ' THIS MATTER BEEN PENDING SINCE JULY 3RD , 2024 TO PRESENT TIME.

THANK YOU KINDLY,

CLINTON C BARLOW, NEW TRUCK OWNER C/O

SAND & STONE, LLC , ADDRESS OF 292 SPRING STREET,

FLOOR 3, TRENTON, NJ 08618

CC/ ECLD OF OLD TAG, PLATE THAT'S BEING TURNED IN NO. U J W – 5 2 J