IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CLINTON C. BARLOW, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 5:24-cv-01458-JKP |
| US OFFICE OF CURRENCY, WELLS | § | |
| FARGO BANK *et al.*, | § | |
| *Defendants*. | § | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Under the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Clinton C. Barlow ("Plaintiff") and Defendant Wells Fargo Bank ("Wells Fargo") (together, the "Parties") file this Joint Stipulation of Dismissal with Prejudice (the "Joint Stipulation") as to all claims Plaintiff asserted or could have asserted against Wells Fargo and/or any executive, employee, or representative of Wells Fargo[1] ("Wells Fargo Defendants") in this action.

By way of this Joint Stipulation, the Parties agree to cause the dismissal of this case and the dismissal of all claims that Plaintiff asserted or could have asserted against Wells Fargo and/or Wells Fargo Defendants in this case, both with prejudice. In connection with their Joint Stipulation, the Parties have agreed that all taxable costs, expenses, and attorneys' fees be borne by the party incurring same.

[Signature blocks on following page.]

---

[1] This includes Charles Scharff, who Plaintiff may have intended to name as a defendant in this Lawsuit.

142912218v.1

Respectfully submitted,

**CLINTON C. BARLOW**
292 Spring St.
Trenton, New Jersey 08618-4652
Telephone: (609) 422-8868
Email: barlowclinton80@gmail.com

By: */s/ Clinton C. Barlow*
    Clinton C. Barlow

**PRO SE PLAINTIFF**

**--AND--**

**TROUTMAN PEPPER LOCKE LLP**
300 Colorado St., Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4700
Facsimile: (512) 305-4800

By: */s/ Christopher G. Garcia*
    B. David L. Foster
    Texas Bar No. 24031555
    david.foster@troutman.com
    Christopher G. Garcia
    State Bar No. 24032626
    chris.garcia@troutman.com

**ATTORNEYS FOR DEFENDANT WELLS FARGO BANK**

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, a true and correct copy of the foregoing was sent via CM/ECF as indicated below:

**VIA CM/ECF and Email**
Clinton C. Barlow
292 Spring St.
Trenton, New Jersey 08618-4652
Barlowclinton80@gmail.com
*Pro Se Plaintiff*

    */s/ Christopher G. Garcia*
    Christopher G. Garcia