UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**CLINTON C. BARLOW,**

    *Plaintiff*,

v.                                                               Case No. 5:24-CV-1458-JKP

**US OFFICE OF CURRENCY, C/O
FEDERAL BANKS; CEO CHARLES W.
SCHWARTZ, ENTERPRISES
COMPLAINT MANAGEMENT OFFICE;
C/O G. KENNEDY-THOMPSON, C/O
BLACK ROCK, C/O THE VANGUARD
GROUP, ABIGAIL JOHNSON, C/O
WFB; WACHOVIA BANK CEO, NJ
DMV CEO, C/O TITLE LEAN
RELEASE,**

    *Defendants*.

## FINAL JUDGMENT

    The Court has considered the issues presented in this action and rendered its decision. For the reasons stated in the Order Accepting Report and Recommendation of United States Magistrate Judge issued contemporaneously with this Final Judgment, the Court **DISMISSES** Plaintiff's remaining claims for want of prosecution pursuant to Fed. R. Civ. P. 41(b). The parties previously stipulated to dismissal of some claims with prejudice. The Court now **DISMISSES** without prejudice any claim that survived dismissal due to that stipulation. With all claims now resolved, the Court issues this Final Judgment pursuant to Fed. R. Civ. P. 58.

    **IT IS SO ORDERED this 2nd day of October 2025.**

                                             */s/ Jason Pulliam*
                                             **JASON PULLIAM
                                             UNITED STATES DISTRICT JUDGE**